UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUE,<br><br>        Petitioner,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>        Respondent. | NO. CV 17-2982-JAK(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Revised Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Revised Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Revised Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Revised Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

         LET JUDGMENT BE ENTERED ACCORDINGLY.


         DATED: September 1, 2017



         _____
                  JOHN A. KRONSTADT
              UNITED STATES DISTRICT JUDGE