**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DUE, | NO. CV 17-2982-JAK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 1, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE